NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC (FORMERLY BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC) AND BRIDGESTONE CORPORATION,**
*Appellants,*

v.

**FEDERAL CORPORATION,**
*Appellee.*

---

2010-1376

(Opposition No. 91168556)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

**ON MOTION**

---

**ORDER**

Bridgestone Americas Tire Operations, LLC (formerly Bridgestone Firestone North American Tire, LLC) and Bridgestone Corporation, move for a 30-day extension of

time, until December 8, 2010, to file its brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV    8 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Douglas A. Rettew, Esq.
     W. David Shenk, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 8 2010

JAN HORBALY
CLERK